1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    KYLE AVERY,                              No. CIV S-08-2605-CMK-P

10              Plaintiff,

11        vs.                                 <u>ORDER</u>

12   JAMES WALKER, et al.,

13              Defendants.

14   _____/

15            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

16   to 42 U.S.C. § 1983.  On August 4, 2009, plaintiff filed a request for production of documents

17   (Doc. 25).  The document is stricken because discovery requests should not be filed with the

18   court unless required in the context of a motion to compel.

19            IT IS SO ORDERED.

20

21    DATED: August 6, 2009

22                                            _____

23                                            **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

                                              1