IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,   No. CIV S-08-2605-CMK-P

    Plaintiff,

  vs.   ORDER

JAMES WALKER, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion (Doc. 24) entitled "Motion to Court Judge to Vacate Clerk's Declination to Enter Default Against Defense Per Fed. R. Civ. P. With Supporting Documents."  Plaintiff's motion is denied.  The Clerk of the Court properly declined to enter defendants' default because a responsive pleading had been timely filed.

    IT IS SO ORDERED.

DATED: August 6, 2009

                                                 _____
                                                 CRAIG M. KELLISON
                                                 UNITED STATES MAGISTRATE JUDGE