IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, | No. CIV S-08-2605-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JAMES WALKER, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. While plaintiff has consented to Magistrate Judge jurisdiction, defendants have not informed the court regarding consent. In order to properly address defendants' motion to dismiss, the court will direct the random assignment of a District Judge at this time.

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2  randomly assign a District Judge to this case and to update the docket to reflect the new case
3  number.

  DATED: October 1, 2009

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE